<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 29, 2018, I electronically filed the foregoing document, NOTICE OF APPEARANCE dated November 29, 2018, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

<u>**/s/Michael S. Ross**</u>
Michael S. Ross (MR-3626)
**LAW OFFICES OF MICHAEL S. ROSS**
  *Attorneys for Parker Waichman LLP*
60 East 42nd Street, 47th Floor
New York, New York 10165
T: (212) 505-4060
F: (212) 505-4054
michaelross@rosslaw.org